objection of mere form to the proceedings before the vice chancellor. Appellant to pay taxable costs of opposing this application, together with the costs subsequent to the noticing of the cause for argument in April last; within twenty days.

*Alric Hubbell et al* v. *Hiram Carpenter*. R. W. PECKHAM, for complainants; CARPENTER in person. Motion to dissolve injunction denied with $8 costs.

*The same* v. *the same*. L. R. MARSH, for complainants; O. L. BARBOUR, for defendant. Application for leave to file supplemental answer granted, on payment by the defendant, of $15 for costs of filing replication and entering order to produce witnesses, and for the costs of opposing this application, within thirty days.

*Jonathan Goodhue et al* v. *Owen Churchman et al.* J. R. WHITING, for appellants; J. COTT, for respondents. Decided that a final decree which has been regularly entered upon a bill taken as confessed will not be set aside upon the mere affidavit of the defendant that he is advised he has a good defence on the merits.— He must either state the nature and facts of his defence in the affidavit upon which his application is founded, or must move upon the answer which he proposes to put in, so that the court can see what that defence is. And that, in either case, the complainant is entitled to service of a copy of the answer or affidavit upon which the motion is based. *When, and in what manner, final decrees will be opened.*

Order of the vice chancellor denying application of defendants to vacate decree, affirmed with costs.

*Nicholas G. Kortright, committee &c.* v. *John W. Sterling, trustee &c. et al.* A. BENEDICT, for appellant; H. F. CLARK, for respondent. Order appealed from affirmed with costs.

*Mary Ann Thompson* v. *Samuel Mount et al.* A. BENEDICT, for appellant; H. F. CLARK, for respondent. Order of the vice chancellor directing a re-sale of mortgaged premises, affirmed with costs.

*Cornelius V. R. Goodyear et al* v. *Thomas T. Bloodgood, Ex'r, &c.* M. S. BIDWELL, for appellant; E. NORTON for respondents. Decretal order appealed from affirmed.

*Edward W. Pemberton* v. *Oliver P. Mills et al.* H. F. CLARK, for appellant; J. RHOADES, for respondents. Order of the vice